DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INFRATECH CORPORATION, FLORIDA POWER & LIGHT COMPANY, FLORIDA COMMUNICATION CONCEPTS, INC.,** and **GEO & YUS CORPORATION,**
Appellants,

v.

**THE LAS OLAS COMPANY** d/b/a **THE RIVERSIDE HOTEL, PRESS & GRIND CAFÉ, FORT TACO LTD.** d/b/a **ROCCO'S TACOS & TEQUILA BAR, DI PIETRO PARTNERS PLLC,** and **HHR LAUDERDALE BEACH LIMITED PARTNERSHIP** d/b/a **LAUDERDALE BEACH ASSOCIATION,**
Appellees.

Nos. 4D21-273, 4D21-288, 4D21-345 and 4D21-541

[May 27, 2021]

Consolidated appeal of nonfinal orders from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William Haury, Jr., Judge; L.T. Case No. CACE19-019911.

Jack R. Reiter and Robert C. Weill of GrayRobinson, P.A., Miami, for appellant Infratech Corporation.

Joseph W. Jacquot, David M. Wells, Jonathan K. Osborne and Anne C. Mesrobian of Gunster, Yoakley & Stewart, P.A., Jacksonville, and Joseph Ianno, Jr. of the Florida Power & Light Company, Juno Beach, for appellant Florida Power & Light Company.

Gary L. Brown of Kelley Kronenberg, P.A., Fort Lauderdale, for appellant Florida Communication Concepts, Inc.

Robin Horton Silverman, Vincent P. Beilman, III, and Ryan D. Schoeb of Wood, Smith, Henning & Berman LLP, Tampa, for appellant Geo & Yus Corporation.

Adam A. Schwartzbaum, Adam M. Moskowitz, Howard M. Bushman, and Joseph M. Kaye of The Moskowitz Law Firm, PLLC, Coral Gables, and Cristina M. Pierson and Michael A. Hersh of Kelley Uustal, Fort Lauderdale, and William R. Scherer of Conrad & Scherer, LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***